IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

NICK SPAGNOLO,                          )        CIVIL 12-00039-DAE-KSC
                                        )
              Plaintiff,                )
                                        )
       vs.                              )
                                        )
UNITED STATES INTERNAL                  )
REVENUE SERVICE; PATRICIA J.            )
DEMAIO; MARY HALE,                      )
                                        )
              Defendants.               )
_____          )

ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION

       Findings and Recommendation having been filed and served on all parties

on January 20, 2012, and no objections having been filed by any party,

       IT IS HEREBY ORDERED AND ADJUDGED that,  pursuant to Title 28,

United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "FINDINGS

AND RECOMMENDATION TO DISMISS MOTION FOR WRIT OF

MANDAMUS AND DENY APPLICATION TO PROCEED IN FORMA

PAUPERIS," docket entry no. 4, are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, February 9, 2012.



_____
David Alan Ezra
United States District Judge

Nick Spagnolo vs. United States Internal Revenue Service, et al., Civil No. 12-00039 DAE-KSC; ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION